UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------x
ROBERT CHASE,

                Plaintiff

v.                              Civil Action No. 1:12-cv-11182-DPW

UNITED STATES POSTAL
SERVICE, MICHAEL KING,
and the UNITED STATES,

                Defendants.

-------------------------------------------------x

## JOINT MOTION FOR A PROTECTIVE ORDER

The Plaintiff, Robert Chase, and the Defendants, United States Postal Service, Michael King and the United States, hereby move this Honorable Court to enter the Proposed Stipulation and Protective Order, attached as Exhibit A hereto, as an order of the Court.

In support thereof, the parties state that the proposed order would facilitate discovery by protecting confidential information, including that which may be covered by the Privacy Act of 1974, 5 U.S.C. § 552a.

WHEREFORE, the parties jointly request that this Court enter the attached Proposed Stipulation and Protective Order as an Order of the Court.

Respectfully Submitted,

| | |
|---|---|
| ROBERT CHASE,<br>By his attorney, | U.S. POSTAL SERVICE, MICHAEL KING, and THE UNITED STATES,<br>By their attorney,<br>CARMEN M. ORTIZ<br>United States Attorney |
| */s/ Lori A. Jodoin*<br>Lori A. Jodoin<br>BBO# 655840<br>Rodgers Powers & Schwartz LLP<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 742-7010<br>Lori@TheEmploymentLawyers.com | */s/ Christine J. Wichers*<br>By: Christine J. Wichers<br>BBO# 631857<br>Assistant U.S. Attorney<br>One Courthouse Way<br>Boston, MA 02210<br>(617) 748-3278<br>christine.wichers@usdoj.gov |

Date:  June 17, 2013

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on June 17, 2013.

>*/s/ Lori A. Jodoin*
>Lori A. Jodoin, Esq.