```
UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS
```

------------------------------------------------x
ROBERT CHASE,
                    Plaintiff


                v.                    Civil Action No.: 12-11182-DPW

UNITED STATES POSTAL SERVICE,
MICHAEL KING, and the UNITED
STATES,
                    Defendants.
------------------------------------------------x

# PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DISCOVERY DEADLINE BY 30 DAYS

Plaintiff Robert Chase respectfully moves this Court to extend by 30 days the discovery deadline in the above-captioned case, from June 28, 2013 to July 29, 2013. As grounds in support of this motion, the plaintiff states:

1.  The plaintiff, Robert Chase, who worked as a letter carrier for the United States Postal Service for 14 years, has five pending claims: 1) interference with the plaintiff's use of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §2601, *et seq.*; 2) retaliation for the plaintiff's exercise of his rights under the FMLA; 3) intentional interference with advantageous business relations; 4) intentional infliction of emotional distress; and 5) defamation.

2. The parties have diligently worked to complete the discovery of this case and have taken at least 11 depositions and exchanged documents, interrogatory answers, and supplemental document productions.

3. An issue arose with regard to the disclosure of certain documents that are protected by the Privacy Act and the parties cooperatively resolved that issue and agreed on a Stipulation and Protective Order, which has now been entered by the Court.

4. Counsel for all parties met in person this week for a substantive discovery conference to discuss outstanding discovery issues and how best to resolve them. Counsel were able to resolve most, but not all of the outstanding discovery issues. They were able to narrow the issues in dispute to the scope of an outstanding Rule 30(b)(6) deposition and related comparator information and documents and to complaints by other employees about the individual defendant Michael King. The plaintiff will file a separate motion to compel concerning this discovery dispute.

5. Additionally, there are also documents that appear to be missing that the parties are searching for and/or asking third-parties to search for in response to various subpoenas.

6. Although regrettable to have to ask for additional time, no prejudice would result to either party by a 30-day extension of time to ensure

that discovery is complete before proceeding to the summary judgment phase of the case.

  7. Counsel for all parties have conferred on this motion; counsel for the defendants assents to this motion.

  WHEREFORE, the plaintiff respectfully requests that the deadline for completing discovery be continued from June 28, 2013 to July 29, 2013.

|  |  |
|---|---|
| June 28, 2013 | Respectfully submitted,<br><br>Robert Chase,<br>Plaintiff<br>by his attorney,<br><br>*/s/ Lori A. Jodoin*<br>Lori A. Jodoin, Esq., BBO# 655840<br>Lori@theemploymentlawyers.com<br>Rodgers Powers & Schwartz LLP<br>18 Tremont Street<br>Boston, MA 02108<br>(617) 742-7010 |

Assented to by:
CARMEN M. ORTIZ
United States Attorney
By:


*/s/ Christine J. Wichers*
Christine J. Wichers
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617)748-3278
Christine.wichers@usdoj.gov

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1 (A) (2)

Pursuant to Local Rule 7.1 (A) (2) of the Rules of this Court, undersigned counsel for the plaintiff hereby certifies that on June 25, 2013 and June 28, 2013, she conferred in good faith with counsel for the defendants in an effort to resolve or narrow the issues presented in this Motion. Counsel for the defendants agreed to assent to this motion.

*/s/ Lori A. Jodoin*
Lori A. Jodoin

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2013 this document filed through the CM-ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that to the extent necessary paper copies will be sent to those indicated as non-registered participants on June 28, 2013.

*/s/ Lori A. Jodoin*
Lori A. Jodoin