# United States Court of Appeals
## For the First Circuit

No. 16-1351

ROBERT CHASE,

Plaintiff, Appellant,

v.

UNITED STATES POSTAL SERVICE; MICHAEL KING; AND UNITED STATES, AS SOLE DEFENDANT ON COUNTS III, IV, AND V,

Defendants, Appellees.

**JUDGMENT**

Entered: December 14, 2016

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Lori A. Jodoin
Christine J. Wichers
Dina Michael Chaitowitz
Martin J. Newhouse
John Pagliaro
David Conforto