# United States Court of Appeals
## For the First Circuit

No. 16-1351

ROBERT CHASE

Plaintiff - Appellant

v.

UNITED STATES POSTAL SERVICE; MICHEAL KING; UNITED STATES, as sole defendant on Counts III, IV, and V.

Defendants - Appellees

**MANDATE**

Entered: February 7, 2017

    In accordance with the judgment of December 14, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
David Conforto
Lori A. Jodoin
Martin J. Newhouse
John Pagliaro
Christine J. Wichers